No. 560. TOWNSHIP OF AVON ET AL. *v.* DETROIT UNITED RAILWAY. Error to the Supreme Court of the State of Michigan. Motion to dismiss or affirm submitted December 5, 1921. Decided December 12, 1921. *Per Curiam.*

257 U.S.  .     Decisions Per Curiam, Etc.

Dismissed for want of jurisdiction upon the authority of *Pawhuska* v. *Pawhuska Oil & Gas Co.*, 250 U. S. 394, 397; *Hunter* v. *Pittsburgh*, 207 U. S. 161, 178; *Kansas City* v. *Public Service Commission of Missouri*, 250 U. S. 652; *Hillsboro* v. *Public Service Commission of Oregon*, point (3), 255 U. S. 562; *Groesbeck* v. *Detroit United Railway*, *ante*, 609. *Mr. Glenn C. Gillespie* for plaintiffs in erro·. *Mr. Elliott G. Stevenson* and *Mr. William L. Carpenter* for defendant in error.